

# THE ATTORNEY GENERAL
## OF TEXAS

Gerald C. Mann

XXXXXXXXXXXXXXXX

ATTORNEY GENERAL

AUSTIN 11, TEXAS

Mr. Quincy Hawkins
County Auditor
Henderson County
Athens, Texas

Dear Sir:

Opinion No. O-719
Re: Liability of the County Commis-
sioners' Court for interest on
general fund scrip.

Your request for an opinion on the following question:

"Is the county liable to holders of general scrip
for six per cent interest on same?"

has been received by this office.

We quote from an opinion No. O-505, written by the Hon. Richard
H. Cocke, Assistant Attorney General, as follows:

"A county general fund warrant, commonly called
general fund scrip, is not a negotiable instruement.
Art. 5932, Sec. 1, R.C.S. of Texas. It is only evi-
dence of indebtedness showing that the claim present-
ed was allowed. It is not a contract to pay on de-
mand. The scrip is an order to the County Treasurer
to issue a voucher to the payee for the amount there-
of. 55 Tex. 49, Aske v. Harris County."

Prior to this holding by this department, it has been twice held
by the department that a Commissioners' Court is without authority to al-
low or pay the interest upon ordinary warrants or scrip issued in payment
of current expenses.

It is, therefore, our opinion that a county is not legally liable
to pay interest on scrip warrants issued to pay monthly accounts.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By s/ Fred C. Chandler
Fred C. Chandler
Assistant

FCC:ob:egw
APPROVED
Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

Mr. Quincy Hawkins, May 2, 1939, Page 2

that a Commissioners' Court is without authori-
ty to allow or pay the interest upon ordinary
county warrants or scrip issued in payment of
current expenses.

It is, therefore, our opinion that a
county is not legally liable to pay interest on
scrip warrants issued to pay monthly accounts.

Trusting that this answers your in-
quiry, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By *Fred C. Chandler*
Fred C. Chandler
Assistant

FCC:ob

APPROVED

*Gerald C. Mann*
ATTORNEY GENERAL OF TEXAS